SHONDRELL PERRILLOUX A QUALITY
TOUCH COMMERICAL BUILDERS LLC

VERSUS

JEFFERSON PARISH BY AND THROUGH ITS
COMMUNITY DEVELOPMENT DEPARTMENT
AND NEW ORLEANS EDUCATION LEAGUE
FOR THE CONSTRUCTION INDUSTRY
(NOEL)

NO. 23-C-485

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

October 16, 2023

Linda Wiseman
First Deputy Clerk

**IN RE** SHONDRELL PERRILLOUX

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT,
PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE JOSEPH A. MARINO, III,
DIVISION "D", NUMBER 828-544

Panel composed of Judges Jude G. Gravois,
Marc E. Johnson, and Robert A. Chaisson

## WRIT GRANTED FOR LIMITED PURPOSE

Relators, Shondrell Perrilloux and A Quality Touch Commercial Builders LLC,
seek this Court's supervisory review of a judgment dated September 12, 2023 which
granted a Joint Motion to Dismiss with Prejudice filed by defendants, the Parish of
Jefferson and New Orleans Education League for the Construction Industry, dismissing
with prejudice all claims and causes of action asserted in the Petition for Writ of
Mandamus and/or Injunctive Relief filed by plaintiffs, Shondrell Perrilloux and A Quality
Touch Commercial Builders LLC.

Upon review, we find that the September 12, 2023 judgment is a final judgment, as
per La. C.C.P. art. 1841, which provides, in pertinent part, that "[a] judgment that
determines the merits in whole or in part is a final judgment," and thus is reviewable
under this Court's appellate jurisdiction, rather than its supervisory jurisdiction.

Accordingly, under the circumstances presented, the writ application is granted for
the limited purpose of remanding the matter to the district court for it to consider relators'
"Notice of Intent to File Writ," filed in the district court on September 19, 2023, as a
timely filed motion for an appeal.

Gretna, Louisiana, this 16th day of October, 2023.

**JGG**
**MEJ**
**RAC**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **10/16/2023** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**23-C-485**

CURTIS B. PURSELL
CLERK OF COURT

### E-NOTIFIED
24th Judicial District Court (Clerk)
Hon. Joseph A. Marino, III (DISTRICT JUDGE)
No Attorney(s) were ENOTIFIED

### MAILED
Deidre K. Peterson (Respondent)
Attorney at Law
102 Brunswick Court
New Orleans, LA 70131

W. Reed Smith (Respondent)
Assistant Parish Attorney
Parish of Jefferson
1221 Elmwood Park Boulevard
Suite 701
Jefferson, LA 70123

Shondrell Perrilloux  (Relator)
In Proper Person
1118 Main Street
LaPlace, LA 70068

Kevin J. Katner (Respondent)
Attorney at Law
4902 Canal Street
Suite 201
New Orleans, LA 70119

## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $_____
☐ Return Receipt (electronic) $_____
☐ Certified Mail Restricted Delivery $_____
☐ Adult Signature Required $_____
☐ Adult Signature Restricted Delivery $_____
Postage
$
Total

Postmark
Here

Deidre K. Peterson
Attorney at Law
102 Brunswick Court
New Orleans, LA 70131
23-C-485                    10-16-23

7016 2070 0000 0954 7905

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $_____
☐ Return Receipt (electronic) $_____
☐ Certified Mail Restricted Delivery $_____
☐ Adult Signature Required $_____
☐ Adult Signature Restricted Delivery $_____
Postage
$
Total

Postmark
Here

Kevin J. Katner
Attorney at Law
4902 Canal Street
Suite 201
New Orleans, LA 70119
23-C-485                    10-16-23

7016 2070 0000 0954 7912

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kevin J. Katner
Attorney at Law
4902 Canal Street
Suite 201
New Orleans, LA 70119
23-C-485                    10-16-23

9590 9402 2434 6249 3571 53

2. Article Number *(Transfer from service label)*

7016 2070 0000 0954 7912

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                  ☐ Agent
                                   ☐ Addressee
B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Deidre K. Peterson
Attorney at Law
102 Brunswick Court
New Orleans, LA 70131
23-C-485                    10-16-23

9590 9402 2434 6249 3571 46

2. Article Number *(Transfer from service label)*

7016 2070 0000 0954 7905

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                  ☐ Agent
                                   ☐ Addressee
B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

## SENDER: *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kevin J. Katner
Attorney at Law
4902 Canal Street
Suite 201
New Orleans, LA 70119
23-C-485                    10-16-23

||||| |||| ||||| ||||| ||||| ||||| |||||

9590 9402 2434 6249 3571 53

2. Article Number *(Transfer from service label)*

7016 2070 0000 0954 7912

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X

- ☐ Agent
- ☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

10-19-23

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ ___ Mail
  ___ il Restricted Delivery

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt